IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAVEY GREEN, | |
| Movant, | CASE NO.: 5:21-cr-2 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

Before the Court are Movant Davey Green's ("Green") Objections to the Magistrate Judge's Report and Recommendation. (Doc. 339.) The Court has considered Green's Objections and finds them to be misplaced.

The Magistrate Judge found Green's 28 U.S.C. § 2255 Motion is premature because Green has a pending direct appeal by which he challenges the validity of his conviction obtained in this Court. (Doc. 338, p. 1.) Green asserts that newly discovered evidence warrants the rejection of the Report and Recommendation. (Doc. 339, pp. 1–5.) However, Green fails to address the basis for the Magistrate Judge's Report and Recommendation—that Green has a pending direct appeal, whereby he challenges his conviction obtained in this Court, and Green's Section 2255 Motion is premature. (Doc. 338.) In short, Green's Objections fail, as he has not addressed the Report and Recommendation. In addition, Green's appeal is still pending. See Case No. 24-11773 (11th Cir. May 24, 2024) (last docket entry dated Oct. 21, 2025).

After an independent and de novo review, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, (doc. 338), and **ADOPTS** the Report and Recommendation

as the opinion of the Court.  The Court **OVERRULES** Green's Objections.  I **DISMISS without prejudice** Green's Section 2255 Motion, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Green *in form pauperis* status on appeal and a Certificate of Appealability.  Green has filed several Motions since the Magistrate Judge issued his Report and Recommendation, and I **DENY** those Motions.  (Docs. 340, 343, 344, 346.)

**SO ORDERED**, this 19th day of November, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA